I hereby attest and certify on Oct 02, 2026 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ D. English
Deputy

SEALED

FILED
Oct 01 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ DDE DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2025 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN MARQUEZ (1),
aka "Guero,"
[redacted]
NINO ERNESTO RESENDIZ LEYVA (4),
KEVIN PLOWMAN (5),
CHRISTOPHER CHILDERS (6),
GABRIEL ROMO (7),
DAVID COBB (8),
FRANCISCO GARCIA (9),
aka "Beaver,"
[redacted]
THOMAS GONZALES (11),
GUADALUPE GUTIERREZ (12),
aka "Boxer,"
JAMES STEWART, JR. (13),
aka "Beatle,"
JON CARLSON (14),
[redacted]
MICHELLE DECLERCQ (16),
aka "Shelly"
NICHOLAS CRUM (17),
EMILY RYBAR (18),
ANTHONY VILLAESCUSA (19),
AARON HILL (20),
ROBERT HEADRICK (21),
GINA DEL CARMEN (22),

Defendants.

Case No. '26 CR3883 RSH

I N D I C T M E N T

Title 21, U.S.C., Secs. 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(vi) and 846 - Conspiracy to Distribute Methamphetamine and Fentanyl; Title 21, U.S.C., Secs. 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(viii) - Distribution of Methamphetamine; Title 21, U.S.C., Secs. 841(a)(1) and 841(b)(1)(B)(vi) - Distribution of Fentanyl; Title 21, U.S.C., Secs. 841(a)(1) and 841(b)(1)(B)(ii) - Distribution of Cocaine; Title 21, U.S.C., Secs. 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(B)(viii) - Possession with Intent to Distribute Methamphetamine; Title 21, U.S.C., Secs. 841(a)(1) and 841(b)(1)(B)(vi) - Possession with Intent to Distribute Fentanyl; Title 21, U.S.C., Secs. 841(a)(1) and 841(b)(1)(B)(ii) - Possession with Intent to Distribute Cocaine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture

The grand jury charges:

JSST:nlv(1):San Diego:10/1/26

**Count 1**

**(Conspiracy to Distribute Methamphetamine and Fentanyl)**

**[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(vi) and 846]**

Beginning on a date unknown to the grand jury and continuing up to and including on or about November 13, 2025, within the Southern District of California and elsewhere, defendants JOHN MARQUEZ, aka "Guero," [redacted] NINO ERNESTO RESENDIZ LEYVA, KEVIN PLOWMAN, CHRISTOPHER CHILDERS, GABRIEL ROMO, DAVID COBB, FRANCISCO GARCIA, aka "Beaver," [redacted] THOMAS GONZALES, GUADALUPE GUTIERREZ, aka "Boxer," JAMES STEWART, JR., aka "Beatle," JON CARLSON, MICHELLE DECLERCQ, aka "Shelly," NICHOLAS CRUM, EMILY RYBAR, and ROBERT HEADRICK, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance, and 40 grams and more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(vi) and 846.

**Count 2**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about February 19, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 236.8 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 3**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 9, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 429.3 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 4**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 17, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 1.64 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 5**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about April 25, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 657.3 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

//

**Count 6**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about May 22, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 763.3 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 7**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about May 29, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 409.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 8**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about September 7, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 400.3 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

//

[redacted]

**Count 10**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) & 18 U.S.C. § 2]**

On or about September 16, 2025, within the Southern District of California, defendants JOHN MARQUEZ, aka "Guero," and GABRIEL ROMO, did knowingly and intentionally distribute 5 grams and more of methamphetamine, to wit: 32.7 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

**Count 11**

**(Possession with Intent to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(viii)]**

On or about September 16, 2025, within the Southern District of California, defendant GINA DEL CARMEN did knowingly and intentionally possess with the intent to distribute 5 grams and more of methamphetamine, to wit: 32.7 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

**Count 12**

**(Distribution of Cocaine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii)]**

On or about September 25, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 500 grams and more of cocaine, to wit: approximately 1,004 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

**Count 13**

**(Possession with Intent to Distribute Cocaine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii)]**

On or about September 25, 2025, within the Southern District of California, defendant ANTHONY VILLAESCUSA did knowingly and intentionally possess with the intent to distribute 500 grams and more of cocaine, to wit: approximately 1,004 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

**Count 14**

**(Distribution of Fentanyl)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(vi)]**

On or about October 4, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 40 grams and more, to wit: approximately 70.9 grams of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly

known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**Count 15**

**(Possession with Intent to Distribute Fentanyl)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(vi)]**

On or about October 4, 2025, within the Southern District of California, defendant GUADALUPE GUTIERREZ, aka "Boxer," did knowingly and intentionally possess with the intent to distribute 40 grams and more, to wit: approximately 70.9 grams of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**Count 16**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about October 26, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 831.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 17**

**(Possession with Intent to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about October 26, 2025, within the Southern District of California, defendants CHISTOPHER CHILDERS and JON CARLSON did knowingly and intentionally possess with the intent to distribute

50 grams and more of methamphetamine, to wit: approximately 831.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 18**

**(Distribution of Fentanyl)**

**[21 U.S.C. § 841(a)(1)]**

On or about October 30, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

**Count 19**

**(Possession with Intent to Distribute Fentanyl)**

**[21 U.S.C. § 841(a)(1)]**

On or about October 30, 2025, within the Southern District of California, defendant AARON HILL did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

//

//

//

**Count 20**

**(Distribution of Fentanyl)**

**[21 U.S.C. § 841(a)(1)]**

On or about November 7, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

**Count 21**

**(Distribution of Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about November 13, 2025, within the Southern District of California, defendant JOHN MARQUEZ, aka "Guero," did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 8.86 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**Count 22**

**(Possession with Intent to Distribute Methamphetamine)**

**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]**

On or about November 13, 2025, within the Southern District of California, defendant KEVIN PLOWMAN did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 8.86 kilograms of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**FORFEITURE ALLEGATIONS**

1. The allegations contained in Counts 1 through 22 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 22 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants shall forfeit to the United States all rights, title and interest in any and all property constituting, and derived from, any proceeds the defendants obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violations alleged in Counts 1 through 22 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

//

//

//

//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: October 1, 2026.

A TRUE BILL:

Foreperson

ADAM GORDON
United States Attorney

By:
JILL S. STREJA
SHIVANJALI A. SEWAK
Assistant U.S. Attorneys