**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

GABRIEL ROMO (7),

Defendant.

Case No.: 26-cr-03883-RSH

**ORDER AUTHORIZING DISCLOSURE AND PROTECTIVE ORDER REGARDING DISCOVERY**

Pursuant to the joint motion of the parties, the Court authorizes the United States to disclose grand jury matter in connection with this judicial proceeding.

Accordingly, the Motion for Disclosure is hereby GRANTED.

Furthermore, pursuant to the joint motion of the parties for the Court to enter a Protective Order pertaining to pretrial discovery, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations, IT IS HEREBY ORDERED that:

1. Any discoverable documents that were filed under seal shall be unsealed for the limited purpose of allowing the United States to provide them to the defendant and defense counsel in discovery.

2. All discovery produced by the United States pursuant to this Protective Order is for use by the defense team solely for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose. The defense team may not distribute, disseminate, disclose, or exhibit discovery materials to any person who is not a part of the defense team except as further set forth herein. Further, although Defendant is able to review it with counsel, Defendant may not keep copies of any discovery provided to him. The phrase "defense team," as used in this Order, includes the defendant, attorneys of

record in the case, as well as attorneys, paralegals, investigators, experts, and assistants employed by the attorneys of record and performing work on behalf of the defendant.

3. Counsel of record shall sign a copy of this Protective Order, acknowledging its terms and agreeing to comply with them, and ensure that every member of the defense team is advised of the Order and agrees in writing to be bound by its terms.

4. The defense team shall take all reasonable steps to: (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from disclosure to or review by any third party.

5. The defense team may share discovery materials with any investigators, consultants or experts retained by the defense in connection with this case, provided that the defense team informs any such individual(s) of this Order and obtains his/her/their written agreement to be bound by its terms.

6. The defense team may show witnesses discovery materials as necessary for the preparation of the defense, but may not provide copies of the materials to witnesses absent further order of the Court.

7. To the extent that the discovery materials contain any individual's personal information within the meaning of General Order 514, the defense team shall redact any filings referencing or containing said materials in a manner consistent with General Order 514.

8. The defense team shall destroy or return to the United States any and all copies of the discovery within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

9. At the request of the United States, the defense team shall return all copies of material inadvertently produced in discovery.

10. To the extent that any criminal discovery materials were filed with the Court under seal, the defense team shall file a motion to unseal the documents with notice to the United States before any pleadings or exhibits referencing or containing said materials may be publicly filed.

11. If defense counsel withdraws or is disqualified from participation in this case, the defense team shall return any and all copies of the discovery produced pursuant to this Protective Order to the United States within 10 days.

IT IS SO ORDERED.

DATED: 11/9/26

Robert S. Huie

HONORABLE ROBERT S. HUIE
United States District Judge

ACKNOWLEDGMENT:

I have reviewed the foregoing protective order and I agree to be bound by its terms.

DATED: __________ SIGNED: ______________________________

Andrew Wong
Counsel for Defendant